UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------- X

| | |
|---|---|
| JOHN BAYLES, | : |
| | : |
| | : CASE NO.: 19-cv-08543-PAE |
| Plaintiffs, | : |
| | : |
| vs. | : |
| | : |
| CARBON BLACK INC., PATRICK MORLEY, JEFFREY FAGNAN, RONALD NORDIN, VANESSA PEGUEROS, JOSEPH TIBBETTS, JR., JILL WARD, TOM KILLALEA, and ANTHONY ZINGALE, | : |
| | : |
| Defendants. | : |

-------------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot.  This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: November 18, 2019

Respectfully Submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorney for Plaintiff*

**OF COUNSEL:**

**ADEMI & O'REILLY, LLP**
Guri Ademi
Jesse Fruchter
3620 East Layton Avenue
Cudahy, Wisconsin 53110
Tel: (414) 482-8000
Fax: (414) 482-8001
Email: gademi@ademilaw.com
          jfruchter@ademilaw.com